UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY DARRELL GLENN,

        Petitioner,

v.                              Case No. 3:05-cv-693-J-99MCR

JAMES V. CROSBY, JR.,
etc.; et al.,

        Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, an inmate of the Florida penal system proceeding pro se, initiated this action by filing a Petition (Doc. #1) for writ of habeas corpus on July 22, 2005. Petitioner failed to sign the Petition in accordance with Fed. R. Civ. P. 11, the instructions accompanying the Petition form, and Local Rule 1.05(d). Petitioner also failed to provide the Court with two copies of the Petition for service upon the named Respondents. See Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts. For these reasons, Petitioner's case will be dismissed without prejudice.

Accordingly, it is now

**ORDERED:**

1. Petitioner's case is **DISMISSED** without prejudice.

2.  The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3.  The Clerk of the Court shall transmit four copies of the form for use in Section 2254 cases and an affidavit of indigency form to Petitioner. If Petitioner elects to refile his claim in a separate action, he may complete and submit these forms. He should not place this case number on the forms. The Clerk will assign a separate case number if Petitioner elects to refile his claim. Petitioner must include an original signature in any petition he may hereinafter file, and he must ensure that he provides the Court with two service copies of his petition.

4.  The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26T day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 7/26
c:
Anthony Darrell Glenn